AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NYJEA UBAKANMA <br><br> *Plaintiff(s)* <br> v. <br> PLS FINANCIAL SERVICES, INC., PLS GROUP, INC., PLS CHECK CASHIERS OF NEW YORK, INC., JENNIFER COLORADO, and ELIANA l/n/u <br><br> *Defendant(s)* | Civil Action No.   25-cv-4534 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PLS Financial Servi es, Inc.
600 South Second St., Ste 404
Spring ield, IL 62704

PLS Group, Inc.
850 New Burton Rd, Ste 20
Dover, DE 19904

PLS Check Cashiers of New York, Inc.
122 East 42 St., 18th Fl.
New York, NY 10168

Jennifer Colorado and Eliana l/n/u
c/o PLS Check Cashiers of New York, In
1427 Linden Blvd
Brooklyn, NY 11212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Wisniewski Esq.
Robert Wisniewski P.C.
17 State Street, Suite 820
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  8/14/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*